# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, George H. | United States District Court Central District of California | 5/15/06 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge, Active | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/05 - 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address Roybal Federal Bldg., Suite 660 255 East Temple Street, Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Trustee | Trust # 1 |
| 2 Power of Attorney | ▓▓▓Member within meaning of Canon 5 D |
| 3 Administrator | Estate #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2005 | Stutman, Treister & Glatt | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| X<br>1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X<br>1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| X<br>1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

N=$250,001-$500,000        O=$500,001-$1,000,000        P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000        P3=$25,000,001-$50,000,000        P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy-sell merger redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Am. Int'l Grp. | A | Div. | K | T | | | | | |
| 2 WACHOVIA CORP. | D | Div. | M | T | | | | | |
| 3 Yum Brands, Inc. | A | Div. | J | T | | | | | |
| 4 Wells Fargo Money MKT. | A | Int. | K | T | | | | | |
| 5 Boeing | A | Div. | K | T | | | | | |
| 6 In Trust #1 Financial Credit Union-FCU | A | Div/Int | L | T | | | | | |
| 7 SB Money FDS Retire Port. #1 | A | Div. | J | T | | | | | |
| 8 Cisco Systems, Inc. | | None | J | T | | | | | |
| 9 Microsoft Corp. | A | Div. | J | T | | | | | |
| 10 Pfizer, Inc. | A | Div. | J | T | | | | | |
| 11 SBC Comm. Inc./AT&T | A | Div. | J | T | | | | | |
| 12 Wal-Mart | A | Div. | K | T | | | | | |
| 13 General Electric | A | Div. | K | T | | | | | |
| 14 SB Money FDS Retire Port. CLA #2 (now in Equitable Accumulator) | A | Div. | M | T | | | | | |
| 15 Biotech Holdrs Trust | A | Div. | K | T | | | | | |
| 16 SB Money FDS Retire Port. CLA #3 Trsf to Citibank Depo Program See Item #26 | A | Div. | K | T | transfer | 7/05 | K | n/a | |
| 17 Lucent Technologies | | None | J | T | | | | | |

1. Income/Gain Codes     A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(See Col. B1-D4).     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=More than $5,000,000
2. Value Codes     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
(See Col. C1, D3).     N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000     P4=More than $50,000,000
3. Value Method Codes     Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(See Col. C2)     U=Book value     V=Other     W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Pimco High Yield Fund Class C | C | Div. | M | T | | | | | |
| 19 UTS SPDR Trust Ser. 1 | A | Div. | J | T | | | | | |
| 20 (Consolidating Former Class A & B) AGERE Systems, Inc. (former Items 20 & 21) | | None | J | T | Consolid of class A & B | 5/27/05 | J | n/a | |
| 21 (in Trust # 1) Real Estate Prescott, AZ | D | Rent | M | R | | | | | |
| 22 Bank of America Acct 1 of Estate #1 (See Item I.3) | A | Int. | J | T | | | | | |
| 23 Bank of America Acct 2 of Estate #1 (Transf from Wells Fargo) (See Item I.3) | A | Int. | M | T | | | | | |
| 24 Franklin Sm. Cap. Growth Fund | A | Div. | K | T | | | | | |
| 25 Seligman Capital Fund | | None | K | T | | | | | |
| 26 Citibank (excess from items 7, 14, 16, &/or 18) | C | Int. | L | T | | | | | |
| 27 Transamerica Life Ins. Co. Acct. | A | Int. | J | T | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col C2)   U=Book value   V=Other   W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

```
Item VII 21 - Date of purchase:   9/91
               Purchase price:   $190K
```

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____        Date  5/15/06
            GEORGE H. KING

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

AO-10 (WP)
Rev. 1/2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, George H. | United States District Court Central District of California | 5/15/06 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| *United States District Judge, Active* | ___ Nomination, Date _____  ___ Initial  _X_ Annual  ___ Final | 1/1/05 - 12/31/05 |

5b. ___ Amended Report

**7. Chambers or Office Address**

Roybal Federal Bldg., Suite 660
255 East Temple Street,
Los Angeles, CA  90012

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Trustee | Trust # 1 |
| 2  Power of Attorney | ▬Member within meaning of Canon 5 D |
| 3  Administrator | Estate #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2005 | Stutman, Treister & Glatt | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE   2006 AUG 29  A 10: 52   RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | 5/15/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.<br>div., rent or<br>int.) | C<br>Gross value<br>at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure<br>(2)<br>Date<br>Month-<br>Day | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Am. Int'l Grp. | A | Div. | K | T | | | | | |
| 2  WACHOVIA CORP. | D | Div. | M | T | | | | | |
| 3  Yum Brands, Inc. | A | Div. | J | T | | | | | |
| 4  Wells Fargo Money MKT. | A | Int. | K | T | | | | | |
| 5  Boeing | A | Div. | K | T | | | | | |
| 6  In Trust #1<br>Financial Credit Union-FCU | A | Div/Int | L | T | | | | | |
| 7  SB Money FDS Retire Port. #1 | A | Div. | J | T | | | | | |
| 8  Cisco Systems, Inc. | | None | J | T | | | | | |
| 9  Microsoft Corp. | A | Div. | J | T | | | | | |
| 10  Pfizer, Inc. | A | Div. | J | T | | | | | |
| 11  SBC Comm. Inc./AT&T | A | Div. | J | T | | | | | |
| 12  Wal-Mart | A | Div. | K | T | | | | | |
| 13  General Electric | A | Div. | K | T | | | | | |
| 14  SB Money FDS Retire Port. CLA #2 (now in Equitable Accumulator) | A | Div. | M | T | | | | | |
| 15  Biotech Holdrs Trust | A | Div. | K | T | | | | | |
| 16  SB Money FDS Retire Port. CLA #3 Trsf to Citibank Depo Program See Item #26 | A | Div. | K | T | transfer | 7/05 | K | n/a | |
| 17  Lucent Technologies | | None | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18. Pimco High Yield Fund Class C | C | Div. | M | T | | | | | |
| 19 UTS SPDR Trust Ser. 1 | A | Div. | J | T | | | | | |
| 20 (Consolidating Former Class A & B) AGERE Systems, Inc. (former Items 20 & 21) | | None | J | T | Consolid of class A & B | 5/27/05 | J | n/a | |
| 21 (in Trust # 1) Real Estate Prescott, AZ | D | Rent | M | R | | | | | |
| 22 Bank of America Acct 1 of Estate #1 (See Item I.3) | A | Int. | J | T | | | | | |
| 23 Bank of America Acct 2 of Estate #1 (Transf from Wells Fargo) (See Item I.3) | A | Int. | M | T | | | | | |
| 24 Franklin Sm. Cap. Growth Fund | A | Div. | K | T | | | | | |
| 25 Seligman Capital Fund | | None | K | T | | | | | |
| 26 Citibank (excess from items 7, 14, 16, &/or 18) | C | Int. | L | T | | | | | |
| 27 Transamerica Life Ins. Co. Acct. (X) | A | Int. | J | T | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

```
Item VII 21 - Date of purchase:  9/91
               Purchase price:  $190K
```

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ GEORGE H. KING _____     Date __8/23/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544